UNITED STATES of America,
Plaintiff–Appellee,

v.

Brian Vincent BOTZON, Defendant–
Appellant.

No. 02–30095.

D.C. No. CR–00–00216–RHW.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2002.*

Decided Jan. 17, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM **

Brian Vincent Botzon appeals his 140–month sentence imposed following his guilty plea conviction for armed bank robbery, in violation of 18 U.S.C. § 2113(d). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Botzon contends that the district court erred by finding as a matter of law that falsely denying the use of a real handgun precluded a downward adjustment for acceptance of responsibility. After reviewing the record, we conclude that the district court appropriately denied Botzon an acceptance of responsibility adjustment. *See United States v. Rutledge*, 28 F.3d 998, 1001–03 (9th Cir.1994) (concluding that a district court may deny a downward adjustment for acceptance of responsibility if the defendant makes a false denial of a material fact).

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

